RAMANDEEP BADWAL, Respondent, v AVTAR S. BADWAL, Appellant.

Submitted September 19, 2016; decided November 22, 2016

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

In the Matter of DOUGLAS E. JOHNSON, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted October 11, 2016; decided November 22, 2016

Motion for reconsideration of this Court's September 13, 2016 dismissal order denied [*see* 28 NY3d 946 (2016)].